UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTRANIK KESHISHIAN, | Civil Action No. 09-2968 (JBS) |
| Petitioner, | |
| v. | **MEMORANDUM OPINION** |
| WARDEN GRONDOLSKY, | |
| Respondent. | |

It appearing that:

1. On June 16, 2009, Petitioner, an inmate incarcerated at FCI Fort Dix, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his prerelease custody placement date pursuant to the Second Chance Act of 2007, Pub. L. 110-199, Title II. § 251(a), 122 Stat. 692 (April 9, 2008), which, inter alia, increases the prerelease custody period to 12 months.  See 18 U.S.C. § 3624(c).

2. On August 20, 2009, Respondent filed an Answer seeking dismissal of the Petition.  Petitioner filed a Reply on September 10, 2009.

3. On December 11, 2009, the Bureau of Prisons released Petitioner from custody.  See Inmate Locator, Fed. Bureau of Prisons.  See http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=IDSearch&needingMoreList=false&IDType=IRN&IDNumber=28432-004&x=60&y=12 (last accessed Mar. 8, 2010).

4. Article III of the Constitution limits the judicial power of federal courts to "cases or controversies" between parties.  U.S. Const. art. III, § 2.  "The exercise of judicial

power under Art. III of the Constitution depends on the existence of a case or controversy," and "a federal court [lacks] the power to render advisory opinions." U.S. Nat'l Bank of Oregon v. Independent Ins. Agents of America, Inc., 508 U.S. 439, 445 (1993 ) (quoting Preiser v. Newkirk, 422 U.S. 395, 401 (1975). "This case-or-controversy requirement subsists through all stages of federal judicial proceedings." Lewis v. Continental Bank Corp., 494 U.S. 472, 477-78 (1990).  "This means that, throughout the litigation, the plaintiff must have suffered, or be threatened with, an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." Spencer, 523 U.S. at 7.

    5.  Petitioner's release on December 11, 2009, caused the Petition to be moot because it no longer presented a case or controversy under Article III, § 2, of the Constitution. Spencer, 523 U.S. at 7.  See Scott v. Holt, 297 Fed. App'x 154 (3d Cir. 2008).

    6.  An appropriate Order accompanies this Memorandum Opinion.

                            **s/ Jerome B. Simandle**
                            JEROME B. SIMANDLE, U.S.D.J.

Dated:   **March 9**  , **2010**